UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 13CR1893-CAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| ERICK ZAVALA, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Case No. 13CR1893-CAB against defendant Erick Zavala be, and hereby is, dismissed without prejudice;

IT IS SO ORDERED.

DATED: 6/20/13 .

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge